# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 14-3159

———————————————

Lisa R. Lopez

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

——————————

Submitted: April 22, 2015
Filed: April 27, 2015
[Unpublished]

——————————

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

——————————

PER CURIAM.

Lisa R. Lopez appeals the judgment of the district court[1] affirming the Commissioner's denial of disability insurance benefits and supplemental security income, after her hearing before an administrative law judge (ALJ). Liberally construing her brief, which largely consists of materials generated after the ALJ's decision in this matter, Lopez appears to challenge the sufficiency of the evidence supporting the ALJ's decision. Following careful review, we conclude that the decision is supported by substantial evidence on the record as a whole, and that the post-decision materials do not require remand for consideration by the Commissioner. See Myers v. Colvin, 721 F.3d 521, 524 (8th Cir. 2013) (standard of review); Woolf v. Shalala, 3 F.3d 1210, 1215 (8th Cir. 1993) (requirements for remand for consideration of additional evidence).

Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).